UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| KRATT, MARGERY G. | § | Case No. 10-51107 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MIRIAM R. STEIN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
UNITED STATES BANKRUPTCY COURT
219 SOUTH DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 02/17/2012 in Courtroom B,
Park City Branch Court
301 Greenleaf Avenue
Park City, Illinois 60085-5725
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/14/2011        By: /s/ Miriam R. Stein
                                             Chapter 7 Trustee


MIRIAM R. STEIN
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606

UST Form 101-7-NFR (5/1/2011) (Page: 1)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                  Case No. 10-51107-ABG
Margery G. Kratt                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: dross              Page 1 of 3              Date Rcvd: Dec 14, 2011
                            Form ID: pdf006         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2011.
```
db          +Margery G. Kratt,   239 River Road,   Deerfield, IL 60015-5044
16428278    +AR Concepts,   2320 Dean Street, #202,   St. Charles, IL 60175-1068
16428279    +AT&T U-Verse,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16428276    +American Collection Corp.,   919 Estes Court,   Schaumburg, IL 60193-4436
16428277    +Anesthesia Associates,   c/o Joseph E Cohen/Miriam S Stein,   105 Madison St, #1100,
              Chicago, IL 60602-4600
16428282    +BCU,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,   Chicago, IL 60602-4600
16428280    +Baker & Miller,   Garnishment Department,   29 N. Wacker Drive, 5th Floor,
              Chicago, IL 60606-2851
16428281    +Baxter Credit Union,   340 N. Milwaukee,   Vernon Hills, IL 60061-1533
16428283    +Cary Library,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16428284    +Center For Neurology,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16899083    +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
16428285    +Comcast,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,   Chicago, IL 60602-4600
16428286    +Connections Counseling Services,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16428287    +Credit Protection Association,   13355 Noel Road, Ste. 2100,   Dallas, TX 75240-6837
16428289    +Dr. Gott Goldrath Troy, SC,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16428290    +Dr. J. Dean Feldman,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16428291    +Good Shepard Hospital,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16428293     Hauselman Rappin & Olswang, Ltd.,   39 N. LaSalle Street,   Chicago, IL  60603
16428294    +Home State Bank,   40 Grant Street,   Crystal Lake, IL 60014-4367
16428295    +Horizons Behavioral Health,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16428296     ICS,   PO Box 1010,   Tinley Park, IL  60477-9110
16428297    +IOD, Inc.,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
17050809    +Illinois Bell Telephone Company,   % AT&T Services Inc.,   Attorney: James Grudus, Esq.,
              One AT&T Way, Room 3A218,   Bedminster, NJ 07921-2693
16428298    +Kohl's,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,   Chicago, IL 60602-4600
16428274    +Kratt Margery G,   239 River Road,   Deerfield, IL 60015-5044
16428302   ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
             (address filed with court: NCO Credit Services,   PO Box 41448,   Philadelphia, PA  19101)
16428299    +McHenry Radiologists,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16428300     Medical Business Bureau,   140 Renaissance Dr.,   Park Ridge, IL  60068
16428301    +Moraine Emergency Physicians,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16428303    +NCO Financial Services,   507 Prudential Road,   Horsham, PA 19044-2368
16428304    +NICOR,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,   Chicago, IL 60602-4600
16428305    +Radiation Oncology Consultants,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16428275    +RothMelei,   454 W Virginia Street,   Crystal Lake, IL 60014-5966
16428306    +Tri City ER Pysicians Ltd.,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16428307    +Unique National Collection,   119 E. Maple Street,   Jefferson, IN 47130-3439
16428309    +University Of Chicago,   15965 Collections Center Drive,   Chicago, IL 60693-0159
16428308    +University Of Chicago,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
16428310     VMC & Associates,   PO Box 429,   Maywood, IL  60153-0429
16428311    +Waste Management,   c/o Joseph E Cohen/Miriam S Stein,   105 W Madison St, #1100,
              Chicago, IL 60602-4600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16428288      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2011 04:59:52      Discover,   PO Box 15316,
               Wilmington, DE   19850
16722786      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2011 04:59:52      Discover Bank,
               Discover Products Inc.,   PO Box 3025,   New Albany, OH  43054-3025
16428292     +E-mail/Text: bkynotice@harvardcollect.com Dec 15 2011 03:00:21      Harvard Collection,
               4839 N. Elston Avenue,   Chicago, IL 60630-2589
```
                                                                                                TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1           User: dross                  Page 2 of 3                   Date Rcvd: Dec 14, 2011
                               Form ID: pdf006              Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2011**                         **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1          User: dross              Page 3 of 3                  Date Rcvd: Dec 14, 2011
                              Form ID: pdf006         Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2011 at the address(es) listed below:

        Joseph E Cohen    on behalf of Trustee Miriam Stein jcohen@cohenandkrol.com,
         jcohenattorney@aol.com
        Michael  Fradin    on behalf of Debtor Margery Kratt mfradin@rothmeleilaw.com,
         gail@rothmeleilaw.com
        Miriam R Stein    mrstein@arnstein.com,   jbmedziak@arnstein.com;mstein@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Samuel S Melei    on behalf of Debtor Margery Kratt smelei@rothmeleilaw.com,
         gail@rothmeleilaw.com,;tschmid@rothmeleilaw.com
                                                                                                             TOTAL: 5