# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | February 17, 2012 |
| **Bankruptcy Case** | 10 B 51107 | **Adversary No.** | |
| **Title of Case** | Margery G. Kratt | | |

**Brief Statement of Motion**

Trustee's Final Report and Application for Compensation

(Docket entry no. 25)

**Names and Addresses of moving counsel**

Miriam R. Stein
Arnstein & Lehr, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606

**Representing** Ch. 7 Trustee

## ORDER

Response to debtor's objection to application for compensation and trustee's final report is due on or before March 2, 2012.

Status hearing on this matter is set for March 9, 2012 at 2:00 p.m.

*[Signed]*