# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
KRATT, MARGERY G.                         §        Case No. 10-51107
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MIRIAM R. STEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on            .  The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/MIRIAM R. STEIN
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARGERY G. KRATT |  |  |  |
| Margery G. Kratt |  |  |  |
| MARGERY G. KRATT |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hauselman Rappin & Olswang, Ltd. 39 N. LaSalle Street Chicago, IL  60603 | | | | | |
| | Home State Bank 40 Grant Street Crystal Lake, IL  60014 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MIRIAM R. STEIN | | | | | |
| MIRIAM R. STEIN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| COHEN, JOSEPH E. | | | | | |
| WEST, LOIS | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AR Concepts 2320 Dean Street, #202 St. Charles, IL 60173-1068 | | | | | |
| | AR Concepts 2320 Dean Street, #202 St. Charles, IL 60173-1068 | | | | | |
| | AR Concepts 2320 Dean Street, #202 St. Charles, IL 60173-1068 | | | | | |
| | AR Concepts 2320 Dean Street, #202 St. Charles, IL 60173-1068 | | | | | |
| | AT&T U-Verse PO Box 5014 Carol Stream, IL  60197-5014 | | | | | |
| | American Collection Corp. 919 Estes Court Schaumburg, IL  60193-4427 | | | | | |
| | American Collection Corp. 919 Estes Court Schaumburg, IL  60193-4427 | | | | | |
| | Anesthesia Associates 4309 W. Medical Center Drive #A201 McHenry, IL  60050 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BCU 415 South M Ain Street Crystal Lake, IL  60014 | | | | | |
| | Baker & Miller Garnishment Department 29 N. Wacker Drive, 5th Floor Chicago, IL 60606 | | | | | |
| | Baxter Credit Union 340 N. Milwaukee Vernon Hills, IL 60061 | | | | | |
| | Cary Library 1606 Three Oaks Road Cary, IL  60013 | | | | | |
| | Center For Neurology 750 E. Terra Cotta Avenue, #A Crystal Lake, IL  60014 | | | | | |
| | Comcast 4851 N. Milwuakee Avenue Chicago, IL  60630 | | | | | |
| | Connections Counseling Services 610 Crystal Point Drive Crystal Lake, IL  60014 | | | | | |
| | Credit Protection Association 13355 Noel Road, Ste. 2100 Dallas, TX  75240 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover PO Box 15316 Wilmington, DE  19850 | | | | | |
| | Dr. Gott Goldrath Troy, SC 22285 Pepper Road, Ste. 201 Barrington, IL  60010 | | | | | |
| | Dr. J. Dean Feldman 450 W. State Route 22 Barrington, IL 60010 | | | | | |
| | Good Shepard Hospital 450 W. Hwy 22 Barrington, IL 60010 | | | | | |
| | Good Shepard Hospital 450 W. Hwy 22 Barrington, IL 60010 | | | | | |
| | Harvard Collection 4839 N. Elston Avenue Chicago, IL 60630 | | | | | |
| | Horizons Behavioral Health 500 Coventry Lane, #205 Crystal Lake, IL  60014 | | | | | |
| | ICS PO Box 1010 Tinley Park, IL  60477-9110 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ICS PO Box 1010 Tinley Park, IL  60477-9110 | | | | | |
| | IOD, Inc. PO Box 19072 Green Bay, WI  54307-9072 | | | | | |
| | Kohl's PO Box 3115 Milwaukee, IL  53201 | | | | | |
| | McHenry Radiologists 3929 Mercy Drive McHenry, IL 60050 | | | | | |
| | McHenry Radiologists 3929 Mercy Drive McHenry, IL 60050 | | | | | |
| | McHenry Radiologists 3929 Mercy Drive McHenry, IL 60050 | | | | | |
| | Medical Business Bureau 140 Renaissance Dr. Park Ridge, IL  60068 | | | | | |
| | Medical Business Bureau 140 Renaissance Dr. Park Ridge, IL  60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Moraine Emergency Physicians 4102 Medical Center Drive McHenry, IL 60050 | | | | | |
| | Moraine Emergency Physicians 4102 Medical Center Drive McHenry, IL 60050 | | | | | |
| | Moraine Emergency Physicians 4102 Medical Center Drive McHenry, IL 60050 | | | | | |
| | Moraine Emergency Physicians 4102 Medical Center Drive McHenry, IL 60050 | | | | | |
| | Moraine Emergency Physicians 4102 Medical Center Drive McHenry, IL 60050 | | | | | |
| | NCO Credit Services PO Box 41448 Philadelphia, PA 19101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCO Credit Services PO Box 41448 Philadelphia, PA 19101 | | | | | |
| | NCO Credit Services PO Box 41448 Philadelphia, PA 19101 | | | | | |
| | NCO Credit Services PO Box 41448 Philadelphia, PA 19101 | | | | | |
| | NCO Credit Services PO Box 41448 Philadelphia, PA 19101 | | | | | |
| | NCO Financial Services 507 Prudential Road Horsham, PA 19044 | | | | | |
| | NICOR PO Box 0632 Aurora, IL  60507-0632 | | | | | |
| | Radiation Oncology Consultants 300 S. Northwest Hwy. Ste. 207 Park Ridge, IL 60068 | | | | | |
| | Tri City ER Pysicians Ltd. 450 W. IL Route 22 Barrington, IL  60010 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unique National Collection 119 E. Maple Street Jefferson, IN  47130 | | | | | |
| | University Of Chicago 15965 Collections Center Drive Chicago, IL  60693 | | | | | |
| | University Of Chicago 75 Remittance Drive, #1385 Chicago, IL  60675-1385 | | | | | |
| | University Of Chicago 75 Remittance Drive, #1385 Chicago, IL  60675-1385 | | | | | |
| | University Of Chicago 75 Remittance Drive, #1385 Chicago, IL  60675-1385 | | | | | |
| | University Of Chicago 75 Remittance Drive, #1385 Chicago, IL  60675-1385 | | | | | |
| | University Of Chicago 75 Remittance Drive, #1385 Chicago, IL  60675-1385 | | | | | |
| | VMC & Associates PO Box 429 Maywood, IL  60153-0429 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | VMC & Associates PO Box 429 Maywood, IL  60153-0429 | | | | | |
| | VMC & Associates PO Box 429 Maywood, IL  60153-0429 | | | | | |
| | VMC & Associates PO Box 429 Maywood, IL  60153-0429 | | | | | |
| | Waste Management 1411 Opus Place, #400 Downers Grove, IL  60515 | | | | | |
| 000002 | CHASE BANK USA,N.A | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| 000004 | ANESTHESIA ASSOCIATES | | | | | |
| 000005 | AT&T U-VERSE | | | | | |
| 000006 | BCU | | | | | |
| 000007 | CARY LIBRARY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | CENTER FOR NEUROLOGY | | | | | |
| 000009 | COMCAST | | | | | |
| 000010 | CONNECTIONS COUNSELING SERVICES | | | | | |
| 000011 | DR. GOTT GOLDRATH TROY, SC | | | | | |
| 000013 | DR. J. DEAN FELDMAN | | | | | |
| 000012 | GOOD SHEPARD HOSPITAL | | | | | |
| 000014 | HORIZONS BEHAVIORAL HEALTH | | | | | |
| 000015 | IOD, INC. | | | | | |
| 000016 | KOHL'S | | | | | |
| 000017 | MCHENRY RADIOLOGISTS | | | | | |
| 000018 | MORAINE EMERGENCY PHYSICIANS | | | | | |
| 000019 | NICOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000020 | RADIATION ONCOLOGY CONSULTANTS | | | | | |
| 000021 | TRI CITY ER PYSICIANS LTD. | | | | | |
| 000022 | UNIVERSITY OF CHICAGO | | | | | |
| 000023 | WASTE MANAGEMENT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 10-51107   ABG   Judge: A. BENJAMIN GOLDGAR |
|---|---|
| Case Name: | KRATT, MARGERY G. |
| For Period Ending: | 03/20/13 |

| | |
|---|---|
| Trustee Name: | MIRIAM R. STEIN |
| Date Filed (f) or Converted (c): | 11/16/10 (f) |
| 341(a) Meeting Date: | 12/13/10 |
| Claims Bar Date: | 04/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Avaliable balance | 500.00 | 500.00 | | 0.00 | FA |
| 2. General Furnishings/Appliances | 500.00 | 500.00 | | 0.00 | FA |
| 3. Misc. Jewelery | 200.00 | 200.00 | | 0.00 | FA |
| 4. Potential Settlement Claim for a sexual harrassmen | 0.00 | 0.00 | | 42,200.00 | FA |
| $60,000 SETTLEMENT (MINUS LITIGATION EXEMPTION OF $15,000 AND WILDCARD EXEMPTION OF $2,800) = $42,200 RECOVERY FOR ESTATE | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 2.53 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,200.00 | $1,200.00 | | $42,202.53 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CLAIMS REVIEW; TAXES; PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 03/31/12

FORM 2                                                                                                    Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| Case No: | 10-51107  -ABG | | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | KRATT, MARGERY G. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******0522  Checking Account |
| Taxpayer ID No: | *******5732 | | | |
| For Period Ending: | 03/20/13 | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 350.00 | | 350.00 |
| 12/12/12 | 300001 | Margery G. Kratt | Surplus Funds | 8200-000 | | 350.00 | 0.00 |
| | | 239 River Road | FUNDS RETURNED BY CLAIMANT OF CLAIM | | | | |
| | | Deerfield, IL 60015 | 00008 FILED BY CREDITOR CENTER FOR | | | | |
| | | | NEUROLOGY AND RETURNED TO DEBTOR AS | | | | |
| | | | EXCESS FUNDS | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 350.00 | 350.00 | 0.00 |
| Less:  Bank Transfers/CD's | 350.00 | 0.00 | |
| Subtotal | 0.00 | 350.00 | |
| Less:  Payments to Debtors | | 350.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals                                     350.00          350.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-51107  -ABG | |
| Case Name: | KRATT, MARGERY G. | |
| Taxpayer ID No: | *******5732 | |
| For Period Ending: | 03/20/13 | |

| | |
|---|---|
| Trustee Name: | MIRIAM R. STEIN |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0403  Money Market Account |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/26/11 | 4 | Roth & Lelei, Ltd.<br>454 West Virginia Street<br>Crystal Lake, IL 60014 | LIQUIDATION OTHER SCHED B PROPERTY | 1149-000 | 60,000.00 | | 60,000.00 |
| 06/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.48 | | 60,000.48 |
| 07/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 60,000.99 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 60,001.50 |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.49 | | 60,001.99 |
| 10/03/11 | | Transfer to Acct #*******0432 | Bank Funds Transfer | 9999-000 | | 17,800.00 | 42,201.99 |
| 10/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.37 | | 42,202.36 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 55.23 | 42,147.13 |
| 11/16/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 42,147.30 |
| 11/16/11 | | Transfer to Acct #*******0432 | Final Posting Transfer | 9999-000 | | 42,147.30 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 60,002.53 | 60,002.53 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 59,947.30 | |
| Subtotal | 60,002.53 | 55.23 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 60,002.53 | 55.23 | |

| | | |
|---|---|---|
| Page Subtotals | 60,002.53 | 60,002.53 |

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Ver: 17.01

FORM 2    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| Case No: | 10-51107  -ABG | Trustee Name: | MIRIAM R. STEIN |
|---|---|---|---|
| Case Name: | KRATT, MARGERY G. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0432  Checking Account |
| Taxpayer ID No: | *******5732 | | |
| For Period Ending: | 03/20/13 | Blanket Bond (per case limit): | $   100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/03/11 | | Transfer from Acct #*******0403 | Bank Funds Transfer | 9999-000 | 17,800.00 | | 17,800.00 |
| 10/03/11 | 003001 | MARGERY G. KRATT | DEBTOR'S EXEMPTION ALLOWANCE | 8100-002 | | 17,800.00 | 0.00 |
| | | | WILDCARD EXEMPTION $2,800 | | | | |
| | | | LITIGATION EXEMPTION $15,000 | | | | |
| | | | TOTAL EXEMPTIONS $17,800 | | | | |
| 11/16/11 | | Transfer from Acct #*******0403 | Transfer In From MMA Account | 9999-000 | 42,147.30 | | 42,147.30 |
| 11/16/11 | 003002 | Department of the Treasury | TAXES (POST-PETITION) | 2810-000 | | 2,990.00 | 39,157.30 |
| | | Internal Revenue Service Center | 2011 POST-PETITION TAXES | | | | |
| | | Cincinnati, OH 45999-0148 | | | | | |
| 11/16/11 | 003003 | ILLINOIS DEPARTMENT OF REVENUE | TAXES (POST-PETITION) | 2820-000 | | 903.00 | 38,254.30 |
| | | P.O. BOX 19009 | 2011 STATE TAXES (POST-PETITION) | | | | |
| | | SPRINGFIELD, IL 62794-9009 | | | | | |
| 02/06/12 | 003004 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND PREMIUM | 2300-000 | | 30.91 | 38,223.39 |
| | | 701 POYDRAS STREET | PRO RATA SHARE OF TRUSTEE'S BLANKET | | | | |
| | | SUITE 420 | BOND PREMIUM | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 03/22/12 | 003005 | MIRIAM R. STEIN | Chapter 7 Compensation/Expense | | | 3,397.06 | 34,826.33 |
| | | 120 S. RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL  60606 | | | | | |
| | | | Fees        3,320.42 | 2100-000 | | | |
| | | | Expenses      76.64 | 2200-000 | | | |
| 03/22/12 | 003006 | JOSEPH E. COHEN | Attorney for Trustee Fees (Other Fi | 3210-000 | | 1,587.75 | 33,238.58 |
| | | COHEN & KROL | | | | | |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL 60602 | | | | | |
| 03/22/12 | 003007 | LOIS WEST | Accountant for Trustee Fees (Other | 3410-000 | | 1,080.00 | 32,158.58 |
| | | POPOWCER KATTEN, LTD. | | | | | |
| | | | Page Subtotals | | 59,947.30 | 27,788.72 | |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

Ver: 17.01

FORM 2                                                                                    Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 10-51107  -ABG | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | KRATT, MARGERY G. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0432  Checking Account |
| Taxpayer ID No: | *******5732 | | |
| For Period Ending: | 03/20/13 | Blanket Bond (per case limit): | $  100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/22/12 | 003008 | 35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2124<br>Discover Bank<br>Discover Products Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 100.00000% | 7100-000 | | 4,645.81 | 27,512.77 |
| 03/22/12 | 003009 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000002, Payment 100.00000% | 7100-000 | | 606.81 | 26,905.96 |
| 03/22/12 | 003010 | Illinois Bell Telephone Company<br>% AT&T Services Inc.<br>Attorney: James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Claim 000003, Payment 100.00000% | 7100-000 | | 490.82 | 26,415.14 |
| 03/22/12 | 003011 | Anesthesia Associates<br>4309 W. Medical Center Drive<br>#A201<br>McHenry, IL 60050 | Claim 000004, Payment 100.00000% | 7200-000 | | 63.00 | 26,352.14 |
| * 03/22/12 | 003012 | DOE<br>P.O. Box 530260<br>Atlanta, GA 30353-0260 | Claim 000006, Payment 100.00000% | 7200-003 | | 4,571.00 | 21,781.14 |
| 03/22/12 | 003013 | Cary Library<br>1906 Three Oaks Road<br>Cary, IL 60013 | Claim 000007, Payment 100.00000% | 7200-000 | | 31.00 | 21,750.14 |
| * 03/22/12 | 003014 | Center For Neurology<br>750 E. Terra Cotta Avenue, #A<br>Crystal Lake, IL 60014 | Claim 000008, Payment 100.00000% | 7200-003 | | 350.00 | 21,400.14 |
| 03/22/12 | 003015 | Comcast | Claim 000009, Payment 100.00000% | 7200-000 | | 305.00 | 21,095.14 |

Page Subtotals                0.00          11,063.44

LFORM24                                                                                   Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-51107  -ABG | |
| Case Name: | KRATT, MARGERY G. | |

| | |
|---|---|
| Trustee Name: | MIRIAM R. STEIN |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0432  Checking Account |

Taxpayer ID No: *******5732
For Period Ending: 03/20/13

Blanket Bond (per case limit):   $   100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 4851 N. Milwaukee Ave. Chicago, IL 60630 | | | | | |
| 03/22/12 | 003016 | Connections Counseling Services 610 Crystal Point Drive Crystal Lake, IL 60014 | Claim 000010, Payment 100.00000% | 7200-000 | | 309.00 | 20,786.14 |
| 03/22/12 | 003017 | Dr. Gott Goldrath Troy, SC 22285 Pepper Road Suite 201 Barrington, IL 60010 | Claim 000011, Payment 100.00000% | 7200-000 | | 442.00 | 20,344.14 |
| 03/22/12 | 003018 | Good Shepard Hospital 450 W. Hwy 22 Barrington, IL 60010 | Claim 000012, Payment 100.00000% | 7200-000 | | 295.00 | 20,049.14 |
| 03/22/12 | 003019 | Dr. J. Dean Feldman 450 W. State Route 22 Barrington, IL 60010 | Claim 000013, Payment 100.00000% | 7200-000 | | 83.00 | 19,966.14 |
| 03/22/12 | 003020 | Horizons Behavioral Health 500 Coventry Lane #205 Crystal Lake, IL 60014 | Claim 000014, Payment 100.00000% | 7200-000 | | 120.00 | 19,846.14 |
| 03/22/12 | 003021 | IOD, Inc. P.O. Box 19072 Green Bay, WI 54307-9072 | Claim 000015, Payment 100.00000% | 7200-000 | | 7.40 | 19,838.74 |
| * 03/22/12 | 003022 | Kohl's P.O. Box 3115 Milwaukee, IL 53201 | Claim 000016, Payment 100.00000% | 7200-003 | | 606.00 | 19,232.74 |
| 03/22/12 | 003023 | McHenry Radiologists 3929 Mercy Drive McHenry, IL 60050 | Claim 000017, Payment 100.00000% | 7200-000 | | 922.00 | 18,310.74 |
| * 03/22/12 | 003024 | Moraine Emergency Physicians 4102 Medical Center Drive McHenry, IL 60050 | Claim 000018, Payment 100.00000% | 7200-003 | | 897.00 | 17,413.74 |

Page Subtotals   0.00   3,681.40

Ver: 17.01

FORM 2                                                                                          Page:    6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 10-51107  -ABG | | | Trustee Name: | MIRIAM R. STEIN | |
| Case Name: | KRATT, MARGERY G. | | | Bank Name: | Bank of America, N.A. | |
| | | | | Account Number / CD #: | *******0432  Checking Account | |
| Taxpayer ID No: | *******5732 | | | | | |
| For Period Ending: | 03/20/13 | | | Blanket Bond (per case limit): | $   100,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 03/22/12 | 003025 | NICOR<br>P.O. Box 0632<br>Aurora, IL 60507-0632 | Claim 000019, Payment 100.00000% | 7200-000 | | 153.60 | 17,260.14 |
| | 03/22/12 | 003026 | Radiation Oncology Consultants<br>300 S. Northwest Highway<br>Suite 207<br>Park Ridge, IL 60068 | Claim 000020, Payment 100.00000% | 7200-000 | | 40.00 | 17,220.14 |
| * | 03/22/12 | 003027 | Tri City ER Pysicians Ltd.<br>450 W. IL Route 22<br>Barrington, IL 60010 | Claim 000021, Payment 100.00000% | 7200-003 | | 350.00 | 16,870.14 |
| | 03/22/12 | 003028 | University Of Chicago<br>75 Remittance Drive #1385<br>Chicago, IL 60675-1385 | Claim 000022, Payment 100.00000% | 7200-000 | | 243.20 | 16,626.94 |
| | 03/22/12 | 003029 | Waste Management<br>1411 Opus Place #400<br>Downers Grove, IL 60515 | Claim 000023, Payment 100.00000% | 7200-000 | | 128.60 | 16,498.34 |
| | 03/22/12 | 003030 | MARGERY G. KRATT<br>239 RIVER ROAD<br>DEERFIELD, IL  60015 | Surplus Funds | 8200-002 | | 16,498.34 | 0.00 |
| * | 06/18/12 | 003027 | Tri City ER Pysicians Ltd.<br>450 W. IL Route 22<br>Barrington, IL 60010 | Claim 000021, Payment 100.00000%<br>DISTRIBUTION CHECK RETURNED BY<br>CREDITOR - REMAILED TO CREDITOR | 7200-003 | | -350.00 | 350.00 |
| * | 06/19/12 | 003012 | DOE<br>P.O. Box 530260<br>Atlanta, GA 30353-0260 | Claim 000006, Payment 100.00000%<br>SPOKE WITH CREDIT UNION REP.; ADVISED<br>THAT CHECK NEVER RECEIVED AND<br>REQUESTS IT BE REISSUED | 7200-003 | | -4,571.00 | 4,921.00 |
| * | 06/22/12 | 003014 | Center For Neurology<br>750 E. Terra Cotta Avenue, #A<br>Crystal Lake, IL 60014 | Claim 000008, Payment 100.00000%<br>CREDITOR ADVISED NO ACCOUNT FOUND<br>FOR THIS DEBTOR AND THEY ARE<br>RETURNING DISTRIBUTION CHECK | 7200-003 | | -350.00 | 5,271.00 |

Page Subtotals                    0.00              12,142.74

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-51107  -ABG |
| Case Name: | KRATT, MARGERY G. |
| | |
| Taxpayer ID No: | *******5732 |
| For Period Ending: | 03/20/13 |

| | |
|---|---|
| Trustee Name: | MIRIAM R. STEIN |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0432  Checking Account |
| | |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 06/22/12 | 003022 | Kohl's<br>P.O. Box 3115<br>Milwaukee, IL 53201 | Claim 000016, Payment 100.00000%<br>SPOKE WITH ALEXIS AT KOHLS -THEY HAVE<br>NO RECORD OF RECEIVING CHECK AND<br>REQEUSTS THAT IT BE REISSUED | 7200-003 | | -606.00 | 5,877.00 |
| * | 06/22/12 | 003024 | Moraine Emergency Physicians<br>4102 Medical Center Drive<br>McHenry, IL 60050 | Claim 000018, Payment 100.00000%<br>CREDITOR RETURNED CHECK AND ADVISED<br>NO BALANCE SHOWING FOR DEBTOR. CHECK<br>RE-SENT TO CREDITOR WITH ADDITIONAL<br>ACCOUNT INFORMATION AND CHECK<br>CASHED. | 7200-003 | | -897.00 | 6,774.00 |
| | 06/22/12 | 003031 | CITIBANK, N.A.<br>P.O. BOX 183082<br>COLUMBUS, OH 43218 | Claim 000006, Payment 100.00000%<br>REPLACES CHECK #3012 | 7200-000 | | 4,571.00 | 2,203.00 |
| * | 06/22/12 | 003032 | KOHL'S<br>P.O. BOX 3115<br>MILWAUKEE, WI 53201 | Claim 000016, Payment 100.00000%<br>REPLACES CHECK #3022 | 7200-003 | | 606.00 | 1,597.00 |
| * | 07/12/12 | 003032 | KOHL'S<br>P.O. BOX 3115<br>MILWAUKEE, WI 53201 | Claim 000016, Payment 100.00000%<br>TO CORRECT ACCOUNTING ERROR - EARLIER<br>REVERSED CHECK WAS CASHED BY<br>CREDITOR INSTEAD OF LATER ISSUED CHECK | 7200-003 | | -606.00 | 2,203.00 |
| * | 09/20/12 | | MORAINE EMERGENCY PHYSICIANS<br>(CHECK 3024 RETURNED AND RESENT<br>W/ ADD'L INFO - CHECK CASHED) | CANCELLATION OF REVERSED CHECK | 7200-003 | 897.00 | | 3,100.00 |
| * | 11/13/12 | | Reverses Adjustment IN on 09/20/12 | CANCELLATION OF REVERSED CHECK | 7200-003 | -897.00 | | 2,203.00 |
| | 11/13/12 | 003033 | Moraine Emergency Physicians<br>4102 Medical Center Drive<br>McHenry, IL 60050 | Claim 000018, Payment 100.00000%<br>REPLACEMENT FOR CHECK 3024 REVERSED,<br>CLEARED AND RE-ISSUED | 7200-000 | | 897.00 | 1,306.00 |
| | 11/13/12 | 003034 | KOHL'S<br>P.O. BOX 3115<br>MILWAUKEE, WI 53201 | Claim 000016, Payment 100.00000%<br>REPLACES CHECK #3022<br>REPLACEMENT FOR CHECK 3032 REVERSED, | 7200-000 | | 606.00 | 700.00 |

| | | | |
|---|---|---|---|
| Page Subtotals | 0.00 | 4,571.00 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 23)*

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-51107  -ABG | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | KRATT, MARGERY G. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0432  Checking Account |
| Taxpayer ID No: | *******5732 | | |
| For Period Ending: | 03/20/13 | Blanket Bond (per case limit): | $  100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/13/12 | 003035 | Tri City ER Pysicians Ltd. 450 W. IL Route 22 Barrington, IL 60010 | CLEARED AND RE-ISSUED Claim 000021, Payment 100.00000% REPLACEMENT FOR CHECK 3027 REVERSED, CLEARED AND RE-ISSUED | 7200-000 | | 350.00 | 350.00 |
| 11/13/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 350.00 | 0.00 |

|  | COLUMN TOTALS | 59,947.30 | 59,947.30 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 59,947.30 | 350.00 | |
| | Subtotal | 0.00 | 59,597.30 | |
| | Less:  Payments to Debtors | | 34,298.34 | |
| | Net | 0.00 | 25,298.96 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******0522 | 0.00 | 0.00 | 0.00 |
| Money Market Account - *******0403 | 60,002.53 | 55.23 | 0.00 |
| Checking Account - *******0432 | 0.00 | 25,298.96 | 0.00 |
| | 60,002.53 | 25,354.19 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          700.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*